GRUBERT, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. Supreme Court, General Term, Fourth Department. February Term, 1895.) Action by Dorah E. Grubert against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment affirmed, with costs.

GUERNSEY, Appellant, v. GUERNSEY, Respondent. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Samuel P. Guernsey against Mary N. Guernsey. No opinion. Judgment affirmed, with costs.

HADDEN, Appellant, v. METROPOLITAN EL. RY. CO., Respondent. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Charles Hadden, individually, etc., against the Metropolitan Elevated Railway Company. A. B. Smith, for appellant. G. T. Aldrich, for respondent. No opinion. Judgment affirmed, with costs.

HALL, Respondent, v. ALLEN et al., Appellants. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Frederick B. Hall against Clark Allen and another. No opinion. Judgment affirmed, with costs.

HALLADAY, Respondent, v. NICHOLAS et al., Appellants. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by William Halladay against H. I. Nicholas and others. A judgment of the general term of the city court (29 N. Y. Supp. 1144) affirming a judgment entered on a verdict in favor of plaintiff was reversed (34 N. Y. Supp. 104), and plaintiff moves for leave to appeal to the court of appeals.

PER CURIAM. The question of the right of the plaintiff to recover depended upon the construction of an agreement the terms of which were not disputed. The defendants agreed to hold a deposit of checks or money made by a third party until July 15, 1893, and on that day to pay over; but the payment was conditional upon a certain consolidation and issue of bonds specified in another paper. Such consolidation and issue did not take place until the month of August thereafter, and meanwhile the depositor countermanded payment to the plaintiff. We held the plaintiff not entitled to recover. The question of time, being of the essence of the contract, cannot arise in this case as between the depositaries and the plaintiff. As between them, the plaintiff, if entitled to the money at all, was entitled to it on July 15th, that being the agreement; but, as the condition was not fulfilled, he was not so entitled, and cannot recover, there being no other enforceable agreement of the defendants. Motion denied, with $10 costs.

In re HAMILTON. (Supreme Court, General Term, First Department. November 15, 1895.) In the matter of Robert R. Hamilton. No opinion. Order affirmed, with $10 costs and disbursements.

HAMILTON, Respondent, v. LEE et al., Appellants. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Francis J. Hamilton, general assignee, etc., against George A. Lee and another. No opinion. Order affirmed, with $10 costs and disbursements.

HAMMOND, Respondent, v. VAN SCHAICK, Appellant. (City Court of New York, General Term. October 29, 1895.) Action by Charles L. Hammond against Eugene Van Schaick. Cantor & Van Schaick, for appellant. Lamb, Osborn & Petty, for respondent.

McCARTHY, J. This case involved a question of fact, and was correctly submitted to the jury on the law. We find no error, and judgment must be affirmed, with costs. All concur.

HANKINS, Respondent, v. NEW YORK, L. E. & W. R. CO., Appellant. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Edward W. Hankins against the New York, Lake Erie & Western Railroad Company. No opinion. Judgment and order affirmed. WARD, J., not sitting.

HAUGH, Respondent, v. MOORE et al., Appellants. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Michael J. Haugh against Jerome S. Moore, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

HEERDEGEN, Appellant, v. AMERICAN SURETY CO. OF NEW YORK, Respondent. (City Court of New York, General Term. October 29, 1895.) Action by John Heerdegen against the American Surety Company of New York. William R. Bronk, for appellant. H. C. Willcox, for respondent.

McCARTHY, J. The appellant, having stipulated (see orders), must be bound by the same. If there was no stipulation, then these orders should have been resettled, and required to recite the correct facts. We are to pass on the papers as they come to us. Order must be affirmed, with $10 costs. VAN WYCK, C. J., concurs.

HEERWAGEN et al., Respondents, v. RITZMANN, Appellant. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Arnold Heerwagen and another against Charles L. Ritzmann. Motion for reargument of appeal.

PER CURIAM. The present motion does not conform to rule 16 of the general term of this court, with regard to motions for reargument. Counsel in effect simply desires to present a more elaborate argument upon the exception which the general term deemed fatal to the judgment, and it does not appear that any question decisive of the case has been overlooked. Motion denied, with $10 costs.